# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2704
LT Case No. 2023-CF-034943-A

_____

SHANNON DAWN LAURIDSEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Kelly Ingram, Judge.

Matthew J. Metz, Public Defender and Zachary Wiseman,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Roberts J.
Bradford, Assistant Attorney General, Daytona Beach, for
Appellee.

June 4, 2024

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., and WALLIS and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____